UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICIO R. MAMOT,

                Plaintiff,

-against-

BILINGUAL, INC.; NYC SMALL CLAIMS COURT; NYC BOARD OF EDUCATION; THE DIRECTOR; NEW YORK BOARD OF EDUCATION CHANCELLOR; NYC SMALL CLAIMS COURT JUDGE JEFFREY OING,

                Defendants.

1:21-CV-6716 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued September 27, 2021, dismissing this action,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed. The Court dismisses Plaintiff's claims under federal law under the doctrines of Eleventh Amendment immunity and judicial immunity, for lack of subject matter jurisdiction under the *Rooker-Feldman* doctrine, as frivolous, and for failure to state a claim on which relief may be granted.

The Court declines to consider, under its supplemental jurisdiction, Plaintiff's claims under state law. *See* 28 U.S.C. § 1367(c)(3).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: September 27, 2021
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge